UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| DAMON TAYLOR, <br><br> Plaintiff, <br><br> v. <br><br> ESSEX COUNTY CORRECTIONAL FACILITY, <br><br> Defendant. | CLOSED <br><br> Civil Action No. 10-6172 (DMC) |
| DAMON TAYLOR, <br><br> Plaintiff, <br><br> v. <br><br> ESSEX COUNTY CORRECTIONAL FACILITY, et al., <br><br> Defendants. | Civil Action No. 11-2615 (DMC) <br><br> CLOSED |

O R D E R

For the reasons expressed in the Opinion filed herewith,

IT IS on this ___25___ day of ___July___, 2011,

ORDERED that Civil Actions Nos. 10-6172 and 11-2615 shall be CONSOLIDATED for all purposes and that Civil Action No. 10-6172 shall be designated the "Lead Case"; and it is further

ORDERED that the Clerk of the Court shall docket the Complaint submitted in Civil Action No. 11-2615 as an Amended Complaint in Civil Action No. 10-6172; and it is further

ORDERED that the Clerk of the Court shall administratively terminate Civil Action No. 11-2615; and it is further

ORDERED that Plaintiff's application to proceed in forma pauperis is hereby granted pursuant to 28 U.S.C. § 1915(a) and (b); and it is further

ORDERED that the Clerk of the Court shall file the Complaint and the Amended Complaint without prepayment of fees or security; and it is further

ORDERED that, pursuant to 28 U.S.C. § 1915(b), the Clerk shall serve a copy of this Order by regular mail upon the Attorney General of the State of New Jersey and the warden of Southern State Correctional Facility; and it is further

ORDERED that all claims asserted in the Complaint and Amended Complaint are DISMISSED WITH PREJUDICE; and it is further

ORDERED that within 30 days after entry of this Order, Plaintiff may file a motion to re-open and for leave to file an amended complaint, attaching to any such motion a proposed amended complaint addressing the deficiencies of the Complaint as described in the Opinion filed herewith; and it is further

ORDERED that, unless otherwise vacated or reversed, this dismissal shall count as a "strike" for purposes of 28 U.S.C. § 1915(g); and it is further

ORDERED that Plaintiff is assessed a filing fee of $350.00 which shall be deducted from Plaintiff's institutional account

pursuant to 28 U.S.C. § 1915(b)(2) in the manner set forth below, regardless of the outcome of the litigation; and it is further

ORDERED that, pursuant to 28 U.S.C. § 1915(b)(2), until the $350.00 fee is paid, each month that the amount in Plaintiff's prison account exceeds $10.00, the agency having custody of Plaintiff shall assess, deduct from his institutional account, and forward to the Clerk payments equal to 20% of the preceding month's income credited to Plaintiff's institutional account, with each payment referencing the civil docket number of this action.

Dennis M. Cavanaugh
United States District Judge